IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARAMARK/ACE USA AND
SEDGWICK CMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellants,

CASE NO. 1D16-979

v.

JERRY ANDERSON,

        Appellee.

_____/

Opinion filed October 5, 2016.

An appeal from an order of the Judge of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: March 19, 2010.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for Appellants.

Bram J. Gechtman of the Law Offices of Bram J. Gechtman, P.A., Miami, for
Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.